**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| STEVEN ROY KILLINGSWORTH | CIVIL ACTION NO. 18-0918-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 6), and after an independent review of the record, including written objections filed by Petitioner (Record Document 7), and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's emergency motion for habeas corpus relief (Record Document 2) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 29th day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT